# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Asil L. Hubley

*Plaintiff*

v.

Spokane County, Scott Baun, Officer Najera, Nurse, and Prea Officer Josh

*Defendant*

Civil Action No. 2:16-cv321-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: First Amended Complaint, ECF No.10, DISMISSED with prejudice uner 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON for failure to state a § 1983 claim.

Date: 01/17/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates

*(By) Deputy Clerk*

Allison Yates